# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JONATHAN COHAN, | |
| Plaintiff, | 2:13-cv-00975- LDG-VCF |
| vs. | **ORDER** |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, *et al.,* | |
| Defendants. | |

This case has been assigned to the undersigned Magistrate Judge by random draw. Because his impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered case. 28 U.S.C. § 455 Code of Conduct for United States Judges, Canon 3(C)(1).

The Court received a letter dated July 29, 2013 from Defendants' counsel, Walter Cannon, Esq., stating that John Dawson, Esq. of the Lionel Sawyer & Collins serves as counsel and resident agent for business entities with ties to Plaintiff's work-related involvement that are central to the resolution of this dispute. (#25). To date, Plaintiff has not commented on Defendant's letter.

Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

IT IS SO ORDERED.

DATED this 28th day of August, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE