# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN COHAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-00975-LDG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| PROVIDENT LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Defendants' submission of documents for *in camera* review in connection with Plaintiff's Motion to Compel #31 (#69), submitted on February 10, 2014. On January 27, 2014, the Court conducted a hearing on Plaintiff's Motion to Compel #31 in which it was granted in part and denied in part and the remaining portion would be subject to *in camera* review. *See* Minutes of Proceedings #50. In doing so, the Court ordered defense counsel to submit the documents referenced on the record for an *in camera* review by February 10, 2014. After careful consideration of the submitted documents, the Court will order only Exhibit A - Individual Compensation Statements to be produced to Plaintiff subject to the parties' Protective Order #52. The Court undertook a balancing analysis in considering Plaintiff's request for production #11 to compare the privacy concerns of the individuals with the records' relevance and concludes that the documents are relevant and shall be produce. However, the Court finds that the other documents submitted with respect to requests for production ##16, 25, and 30 are not relevant and shall not be produced. Therefore, Plaintiff's Motion to Compel #31 is granted in part as to request for production #11 and denied in part as to requests for production ##16, 25, and 30.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the remaining portion of Plaintiff's Motion to Compel (#31) not resolved at the January 27, 2014 hearing (#50) is **granted in part and denied in part**.

1  **IT IS FURTHER ORDERED** that pursuant to the Court's *in camera* review, Defendants shall produce Exhibit A - Individual Compensation Statements to Plaintiff, subject to the parties' Protective Order #52, in response to request for production #11.

   **IT IS FURTHER ORDERED** that all other documents submitted for *in camera* review shall not be produced to Plaintiff in response to requests for production ##16, 25, and 30.

   DATED this 19th day of February, 2014.

   _____
   **C.W. Hoffman, Jr.**
   **United States Magistrate Judge**