# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JONATHAN COHAN, M.D.,

    Plaintiff,                  Case No. 2:13-cv-00975-LDG (VCF)

v.                               **ORDER**

PROVIDENT LIFE AND ACCIDENT
INSURANCE CO., *et al.*,

    Defendants.

---

    For good cause shown,

    THE COURT **ORDERS** that Defendant's Motion to Strike Plaintiff Jonathan Cohan's
Prayer for Attorney's Fees (#12) is DENIED.

DATED this _____ day of March, 2014.

                                              _____
                                            Lloyd D. George
                                            United States District Judge