WALTER R. CANNON, State Bar No. 001505
  wcannon@ocgas.com
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone No.: (702) 384-4012
Facsimile No.: (702) 383-0701

PETER H. KLEE (*Pro Hac Vice*)
  pklee@sheppardmullin.com
CHARLES A. DANAHER (*Pro Hac Vice*)
  cdanaher@sheppardmullin.com
THEONA ZHORDANIA (*Pro Hac Vice*)
  tzhordania@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone No.: 619.338.6500
Facsimile No.: 619.234.3815

Attorneys for Defendants PROVIDENT LIFE
AND ACCIDENT INSURANCE COMPANY
and UNUM GROUP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN COHAN, M.D., formerly known as Jonathan Baktari, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE CO., a foreign insurer, and UNUM GROUP, a Delaware Corporation, (d/b/a, inter alia, Provident Life and Accident Insurance Company, The Paul Revere Life Insurance Company, and Unum Life Insurance Company),<br><br>Defendants. | Case No. 2:13 CV 00975 LDG CWH<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER RE UNUM'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |

COME NOW defendants Provident Life and Accident Insurance Company and Unum Group (collectively, "Unum"), by and through their attorneys of record, and hereby move the Court for an order granting their Motion for Leave to File Document Under Seal pursuant to Local Rule 10-5(b) and this Court's January 30, 2014 order.

The document being filed under seal is **Exhibit C**, which are emails produced by plaintiff in this litigation. Unum does not believe that these documents are confidential, but plaintiff has instructed the company to file them under seal.

**Plaintiff Has the Burden of Demonstrating that Exhibit C Should Be Sealed**

The sole ground for this motion to seal is that plaintiff has designated Exhibit C as confidential. Unum does not believe that Exhibit C meets the criteria for filing it under seal. Accordingly, pursuant to this Court's January 30, 2014 order (Dkt. No. 52), the burden now rests with plaintiff to use affidavits and concrete examples to demonstrate specific harm that will result if the confidential status of Exhibit C is not maintained. Specifically, plaintiff must show that (1) the material derives independent value from generally not being known to others; (2) other persons can obtain independent economic value from its use; and (3) the materials are subject to reasonable efforts to maintain their secrecy. *Diamond State Ins. Co. v. Rebel Oil Co., Inc.*, 157 F.R.D. 691 (D. Nev. 1994).

If plaintiff makes the required showing concerning Exhibit C in a timely fashion, it should be filed under seal. If, however, plaintiff fails to make a timely or satisfactory showing, the Court should file Exhibit C in the public record.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-
SMRH:435122122.1                                                         Case No. 2:13 CV 00975 LDG CWH

| | | |
|---|---|---|
|1| Dated:  November 24, 2014 | OLSON, CANNON, GORMLEY ANGULO & STOBERSKI |
|2| | |
|3| | |
|4| | By    /s/ *Walter R. Cannon* |
|5| | WALTER R. CANNON, State Bar No. 001505<br>9950 W. Cheyenne Avenue<br>Las Vegas, Nevada  89129 |
|6| | Attorneys for Defendants PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and UNUM GROUP |
|9| Dated:  November 24, 2014 | |
|10| | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
|13| | By    /s/ *Theona Zhordania* |
|14| | Peter H. Klee (*Pro Hac Vice*)<br>Charles A. Danaher (*Pro Hac Vice*)<br>Theona Zhordania (*Pro Hac Vice*)<br>501 West Broadway, 19th Floor<br>San Diego, CA 92101 |
|17| | Attorneys for Defendants PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and UNUM GROUP |

ORDER

IT IS SO ORDERED.

DATED this 25 day of November, 2014

_____
LLOYD D. GEORGE
SR. U.S. DISTRICT JUDGE

SMRH:435122122.1