1  WALTER R. CANNON, State Bar No. 001505
    wcannon@ocgas.com
2  OLSON, CANNON, GORMLEY
    ANGULO & STOBERSKI
3  9950 W. Cheyenne Avenue
    Las Vegas, Nevada 89129
4  Telephone No.: (702) 384-4012
    Facsimile No.: (702) 383-0701
5

6  PETER H. KLEE (*Pro Hac Vice*)
    CHARLES A. DANAHER (*Pro Hac Vice*)
7  THEONA ZHORDANIA (*Pro Hac Vice*)
    SHEPPARD MULLIN RICHTER & HAMPTON LLP
8  501 West Broadway, 19th Floor
    San Diego, CA 92101
9  Telephone No.: (619) 338-6500
    Facsimile No.: (619) 234-3815
10
    Attorneys for Defendants PROVIDENT LIFE
11  AND ACCIDENT INSURANCE COMPANY
    and UNUM GROUP

12

13                         **UNITED STATES DISTRICT COURT**

14                              **DISTRICT OF NEVADA**

| | |
|---|---|
| 15  JONATHAN COHAN, M.D., formerly known as Jonathan Baktari, M.D., | Case No. 2:13 CV 00975 LDG CWH |
| 16                         Plaintiff, | **ORDER GRANTING DEFENDANTS' EMERGENCY MOTION FOR LEAVE TO ADD A ONE-PARAGRAPH ARGUMENT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| 17                         v. | |
| 18  PROVIDENT LIFE AND ACCIDENT INSURANCE CO., a foreign insurer, and UNUM GROUP, a Delaware Corporation, (d/b/a, inter alia, Provident Life and Accident Insurance Company, The Paul Revere Life Insurance Company, and Unum Life Insurance Company), | |
| 22                         Defendants. | |

SMRH:435735036.1

1  GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED that the
2 Defendants Provident Life and Accident Insurance Company and Unum Group's Motion
3 for Leave to Add a One-Paragraph Argument to Defendants' Motion for Summary
4 Judgment or, Alternatively, Partial Summary Judgment is hereby GRANTED.
5  The Court orders as follows:
6  1.  The proposed one-paragraph argument shall be deemed part of Defendants'
7 Motion for Summary Judgment or, Alternatively, Partial Summary Judgment.
8  2.  Plaintiff shall have two weeks from the date of this order to file any
9 opposition Defendants' one-paragraph argument.  Plaintiff shall not address any other
10 issues raised in Defendants' Motion for Summary Judgment or, Alternatively, Partial
11 Summary Judgment.
12  3.  Defendants shall have two weeks from the date plaintiff files his opposition
13 to file a reply brief.  Defendants shall not address any issues other than those raised in
14 plaitniff's opposition to the one-paragraph argument.

16  IT IS SO ORDERED.
17  DATED this 30 day of December, 2014.

_____
Lloyd D. George
Sr. U.S. District Judge

-1-

SMRH:435735036.1