1  JULIE A. MERSCH, ESQ.
   Nevada Bar No. 4695
2  jam@merschlaw.com
3  Law Office of Julie A. Mersch
   1100 E. Bridger Avenue
4  Las Vegas, NV  89101
5  Phone:  (702) 387-5868 ~ Fax (702) 387-0109

6  WILLIAM S. CUMMINGS, ESQ.
7  Nevada Bar No. 011367
   wcummings@friedmanrubin.com
8  HENRY G. JONES, ESQ.
9  *Pro Hac Vice*
   hjones @friedmanrubin.com
10 FRIEDMAN │ RUBIN®
11 1126 Highland Ave.
   Bremerton, WA 98337
12 Phone:  (360) 782-4300 ~ Fax:  (306) 782-4358

13 *Attorneys for Plaintiff*
14

15                **UNITED STATES DISTRICT COURT**
16
17                     **DISTRICT OF NEVADA**

18 JONATHAN COHAN, M.D.,                )
   formerly known as Jonathan          )
19 Baktari, M.D.,                       )  Case No. 2:13-cv-00975-LDG-CWH
20                                       )
            Plaintiff,                   )
21                                       )  **PLAINTIFF'S MOTION FOR LEAVE**
22 vs.                                   )  **TO FILE EXHIBITS UNDER SEAL**
                                         )
23 PROVIDENT LIFE AND ACCIDENT          )
24 INSURANCE CO., *et al.*,              )
                                         )
25          Defendants.                  )
26 _____  )

27

28

PLAINTIFF'S MOTION TO SEAL
*Cohan v. Provident Life & Accident Ins. Co., et al.,* Case No. 2:13-cv-00975-LDG-CWH        Page 1 of 6

1   Plaintiff, Jonathan Cohan, by and through counsel, and pursuant to L.R. 7-2(a), 10-5(b) and

2   Magistrate Hoffman's Order, on Jan. 30, 2014 (ECF No. 52) moves to file the following exhibits,

3   filed in association with Plaintiff's Objection, March 5, 2014 under seal:

4   - Exhibit 2, produced by Dr. Cohan in this action at Bates No. MOFFATT 411 - 446;

5   - Exhibit 5, pro duced by Defendants in this action at Bates  No. PLA-MS-COHAN-
6     WORCESTER TOTAL SCORECARDS-000017;

7   - Exhibit 6, produced by Defendants in this action at Bates No. PLA-MS-COHAN-IDI
8     WEEKLY TRACKING-000008;

9   - Exhibit 9, produced by Dr. Cohan in this action at Bates No. CHAP 007990 – 7994 and
10     CHAP 008006 - 8014;

11   - Exhibit 10, produced by Dr. Cohan in this action at Bates No. MOFFATT 238;

12   - Exhibit 13, produced by Dr. Cohan in this ac tion at Bates No. SA LDI 49764 – 49768
13     and SALDI 49774 – 49777;

14   - Exhibit 14, produced by Dr. Cohan in this action at Bates No. SALDI 149746 – 49754
15     and SALDI 49755 - 49760;

16   - Exhibit 15, produced by Dr. Cohan in this ac tion at Bates No. SA LDI 49884 – 49890
17     and SALDI 49892 - 49899;

18   - Exhibit 16, produced by Dr. Cohan in this ac tion at Bates No. SA LDI 18821 – 18827
19     and SALDI 18828 - 18834.

20   - Exhibit 17, produced by Dr. Cohan in this action at Bates No. SALDI 18917 - 18925.

21   - Exhibit 24, produced by Dr. Cohan in this action at Bates No. CHAP 017694.

22   - Exhibit 25, produced by Dr. Cohan in this action at Bates No. CHAP 017691;

23   - Exhibit 26 produced by Dr. Cohan in this ac tion at Bates No. CH AP 006557 – 6571,
24     CHAP 006572 – 6587, CHAP 41980 – 41983, SALDI 42033 – 42036, SALDI 42037 –
25     42040, SALDI 41988 – 41990, SALDI 42045 – 42048 and CHAP 006606 - 006607;

26   - Exhibit 31 produced by Defendants in this action at Bates No. PLA-MS-COHAN-PBI
27     FAQS-000001 – 6;

28

1
2
- Exhibit 32 produced by Defendants in this action at B ates No. PLA-MS-COHAN-COMP PRGM SUM-000001 – 2 and PLA-MS-COHAN-BRPSB-000001 - 5 ;

3
4
5
6
7
Magistrate Hoffman already determined that many of these documents should be filed under seal.  Order, F eb. 6, 2014 (EC F No. 68).  Plaintiff moves for the sealing of the listed documents because a ll of t hem have previously been desi gnated as confidential, as a result of protective orders and/or confidentiality agreements entered in prior matters.  This motion is further supported by the accompanying points and authorities.

8
9
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S RENEWED MOTION TO FILE DOCUMENTS UNDER SEAL**

10
11
12
These exhibits are all Unum's internal documents produced in  discovery in accordance with a c onfidentiality designation to give Unum the opportuni ty to be heard  as t o whether the documents should be filed under seal.  Magistrate Hoffman directed that:

13
14
15
16
17
> If the sole ground for a motion to seal is that the opposing party (or non-party) has designated a document as confidential, the opposing party (or non-party) shall file a declaration establishing good cause for the sealing along with a proposed order, or shall withdraw the designation. The declaration shall be filed within seven days of service on the opposing party (or non-party) of the request for a sealing order. If the declaration is not filed as required, the Court may order the document filed in the public record.

18
Order, 2:14-19. Jan. 30, 2014 (ECF No. 52).

19
20
21
22
23
24
25
26
27
28
Dr. Cohan requests leave to file Unum documents under seal  because they are subject to other court's protective orders. F or example, defendants' documents produced i n *Saldi v. Paul Revere Life Ins. Co., et al.*, Civil Action No., 99-6563 (E.D. Pa.) are subject to a protective order entered by the Eastern District of Pennsylvania in its ruling on various motions to compel discovery and for protective orders. *See Saldi v. Paul Revere Life Ins. Co., et al.*, 224 F.R.D. 169, 178 (E.D. Pa. 2004).   Continued use of the documents is subj ect to continuing to treat them as confidential pursuant to the confidential settlement agreement entered into between the parties in *Saldi*.  An excerpt of that settlement agreement reflecting the terms related to continued use of the *Saldi* documents is attached as R ubin Dec. Ex.1.  Docum ents marked with a Moffatt Bates number and overlay, are subject to the protective order entered by the Court in *August v. Provident*

1   *Life and Accident Ins. Co.,* Case No. 2:09-cv-01951-DMG-SH (C.D. Cal.) (ECF No. 39 & 40,

2   Rubin Dec. Ex. 2 & 3).  Such documents are available for use in this matter subject to the

3   confidential settlement agreement entered in the Moffatt case.  An excerpt of that settlement

4   agreement containing the provision relating to continued use of the Moffatt documents, including

5   the requirement that the documents be filed under seal, is attached as Rubin Dec. Ex. 4.  As

6   recently as September, 2013, Unum asserted that at least some of the Moffatt documents,

7   including Exhibit 5 to plaintiff's motion to compel in this case, contained confidential business

8   information.  *See*, Declaration of Charles Einsiedler filed in *O'Leary v. National Life Ins. Co. of*

9   *Vermont, et al.,* 2:12-cv-06882-FMO-JC (C.D. Cal.) (Sept. 18, 2013 (ECF No. 105-1)) (Rubin

10  Dec. Ex. 5).  In *O'Leary*, based on Mr. Einsiedler's declaration, Judge Olguin of the Central

11  District of California granted continuing protected status to Exhibit 5 to Plaintiff's Motion to

12  Compel in this matter.  *O'Leary v. National Life Ins. Co. of Vermont supra*, Sept. 19, 2013 (ECF

13  No. 107) (Olguin, J.) (Rubin Dec. Ex. 6).  Documents produced in *Chapman v. UnumProvident*

14  *Corp. et al.,* Case No. CV 012323 (Cal. Superior Ct., Marin County), are subject to a continuing

15  protective order in that matter which precludes disclosure or dissemination to the general public.

16  A copy of that protective order is attached as Rubin Dec. Ex. 7.  Friedman | Rubin is a signatory to

17  the *Chapman* protective order and its use of the *Chapman* documents, including filing them under

18  seal, is based on its continuing compliance with the protective order entered in that matter.

19       The documents at issue are designated as confidential under the Stip. Protective Order,

20  Jan.29, 2014 (ECF No. 51), because they are subject to protective orders and confidentiality

21  agreements in other matters because designated as confidential by Unum in those other matters.

22  Under this Court's Order, Jan. 30, 2014 (ECFNo. 52), the burden now rests with Unum to use

23  affidavits and concrete examples to demonstrate specific facts showing specific harm that will

24  result if their confidential status is not maintained.  *Diamond State Ins. Co. v. Rebel Oil Co., Inc.,*

25  157 F.R.D. 691 (D. Nev. 1994) (Defendants must show that: 1) the material derives independent

26  economic value from generally not being known to others; 2) other persons can obtain

27  independent economic value from its use; and 3) the materials are subject to reasonable efforts to

28  maintain their secrecy).

1    If defendants make the required showing in a timely fashion, the documents identified in

2  plaintiff's motion should be filed under seal.  If defendants fail to make a satisfactory showing, the

3  Court should file the documents in the public record.

4

5    DATED this 5th day of March 2014.

6

7                                              FRIEDMAN│RUBIN®

8                                              By:___/s/  William S. Cummings_____

9                                                 WILLIAM S. CUMMINGS
                                                  Nevada Bar No. 11367
10                                                1126 Highland Avenue
                                                  Bremerton, WA  98337
11                                                (360) 782-4300

12

13                                             LAW OFFICE OF JULIE A. MERSCH

14                                             By:___/s/  Julie A. Mersch_____

15                                                JULIE A. MERSCH, ESQ.
                                                  Nevada Bar No. 4695
16                                                1100 E. Bridger Avenue
                                                  Las Vegas, NV  89101
17                                                (702) 387-5868

18

19                                             *Attorneys for Plaintiff*

20                                             ORDER

21

22  IT IS SO ORDERED.

23  DATED this 30 day of December, 2014.

24

25                                             _____
                                                  Lloyd D. George
26                                                Sr. U.S. District Judge

27

28