# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JONATHAN COHAN, M.D.,

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE CO., *et al*.,

    Defendants.

Case No. 2:13-cv-00975-LDG (CWH)

**ORDER**

    The plaintiff, Jonathan Cohan, has filed objections to the Magistrate Judge's Order Denying, in part, his motion to compel discovery (#83). The defendants, Provident Life and Accident Insurance Co. and Unum Group, oppose (#90).

    This Court may "modify or set aside any part of the [Magistrate Judge's] order that is clearly erroneous or is contrary to law." Fed. R. Civ. Pro. 72(a); 28 U.S.C. §636(b)(1)(A). Following consideration of the parties' briefs on the motion to compel, and having heard oral arguments on the motion, and having performed *in camera* review of the documents that Cohan sought to compel the defendants to produce, the Magistrate Judge determined

1 | the documents were not relevant.  Cohan has not shown that this determination was either
2 | clearly erroneous or contrary to law.  Accordingly,

    THE COURT **ORDERS** that Plaintiff's Objections in Part to Order of Magistrate Judge Denying in Part Motion to Compel Discovery From Defendants (#83) is DENIED.

DATED this 26 day of March, 2015.

_____
Lloyd D. George
United States District Judge