# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JONATHAN COHAN, M.D.,

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE CO., *et al*.,

    Defendants.

Case No. 2:13-cv-00975-LDG (CWH)

**ORDER**

    Plaintiff Jonathan Cohan, M.D., objects (#236) to the Magistrate Judge's order denying his motion for sanctions and for an order directing counsel to cease obstructionist tactics. Defendants Unum Group and Provident Life and Accident Insurance Company have responded to the objection (#240). The Court will deny the objection.

    This Court reviews a Magistrate Judge's order deciding a non-dispositive matter to determine whether any part of it is clearly erroneous or contrary to law. Fed. R. Civ. Pro. 72(a). The Court has reviewed the underlying motion for sanctions filed by Dr. Cohan, its supporting memorandum and the basis on which Dr. Cohan sought relief. The Court has also reviewed the defendants' response to that motion, and Dr. Cohan's reply. In addition, the Court has reviewed all exhibits filed by both parties. The Court has also reviewed the

transcript of the hearing at which the parties argued Dr. Cohan's motion.  Dr. Cohan has not shown that the Magistrate Judge's order denying the motion that he brought for sanctions, a non-dispositive matter, was clearly erroneous or contrary to law.  Accordingly,

THE COURT **ORDERS** that Jonathan Cohan, M.D.'s Objection to Order of Magistrate Judge Denying Motion for Sanctions and for an Order Directing Counsel to Cease Obstructionist Tactics (#236) is DENIED.

DATED this 30 day of September, 2015.

_____
Lloyd D. George
United States District Judge

2