JULIE A. MERSCH, ESQ.
Nevada Bar No. 4695
jam@merschlaw.com
Law Office of Julie A. Mersch
701 S. 7th Street
Las Vegas, NV  89101
Phone:  (702) 387-5868 ~ Fax (702) 387-0109

WILLIAM S. CUMMINGS, ESQ.
Nevada Bar No. 011367
wcummings@friedmanrubin.com
HENRY G. JONES, ESQ.
*Pro Hac Vice*
hjones @friedmanrubin.com
FRIEDMAN│RUBIN®
1126 Highland Ave.
Bremerton, WA 98337
Phone:  (360) 782-4300 ~ Fax:  (306) 782-4358

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JONATHAN COHAN, M.D., formerly known as Jonathan Baktari, M.D., | Case No. 2:13-cv-00975-LDG-CWH |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE CO., a foreign insurer, and UNUM GROUP, a Delaware Corporation, (d/b/a, inter alia, Provident Life and Accident Insurance Company, The Paul Revere Life Insurance Company, and Unum Life Insurance Company), | |
| Defendants. | |

SMRH:475152125.1

-1-

COMES NOW, Plaintiff, JONATHAN COHAN, M.D., formerly known as JONATHAN BAKTARI, M.D., by and through his attorneys, HENRY JONES, ESQ. and WILLIAM S. CUMMINGS, ESQ., of FRIEDMAN/RUBIN, and JULIE A. MERSCH, ESQ., of LAW OFFICES OF JULIE A. MERSCH, and Defendants, PROVIDENT LIFE AND ACCIDENT INSURANCE CO. and UNUM GROUP, by and through their attorneys, WALTER R. CANNON, ESQ., of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, and PETER H. KLEE, ESQ., CHARLES A. DANAHER, ESQ., and THEONA ZHORDANIA, ESQ., of SHEPPARD MULLIN, RICHTER & HAMPTON LLP (hereinafter referred to collectively as the "Parties.")  The Parties hereby stipulate to a dismissal of this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.  The parties further stipulate and agree that the Court shall retain jurisdiction to enforce the January 29, 2014 Stipulation for Protective Order Prohibiting Disclosure of Confidential Materials [Dkt. No. 51] and the related Order [Dkt. No. 52] after dismissal of this action has been entered.

This Stipulation is entered into this 29th day of February, 2016.

| FRIEDMAN │ RUBIN® | LAW OFFICES OF JULIE A. MERSCH |
|---|---|
| BY:  /s/ Henry Jones<br>HENRY JONES, ESQ.<br>WILLIAMS. CUMMINGS, ESQ<br>1126 Highland Avenue<br>Bremerton, Washington 98337<br>Attorneys for Plaintiff | BY:  /s/ Julie A. Mersch<br>JULIE A. MERSCH, ESQ.<br>701 S. 7th Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff |

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| OLSON, CANNON, GORMLEY ANGULO & STOBERSKI | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |

BY:   /s/ Walter R. Cannon                    BY:   /s/ Peter H. Klee
     WALTER R. CANNON, ESQ.              PETER H. KLEE, ESQ.
     9950 W. Cheyenne Avenue              CHARLES A. DANAHER, ESQ.
     Las Vegas, Nevada 89129               THEONA ZHORDANIA, ESQ.
     Attorneys for Defendants               501 West Broadway, 19'h Floor
                                                  San Diego, California 92101-3372
                                                  Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated:  3  March 2016

_____
SR. UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

Respectfully submitted,

LAW OFFICES OF JULIE A. MERSCH

BY:   /s/ Julie A. Mersch
     JULIE A. MERSCH, ESQ.
     701 S. 7th Street
     Las Vegas, Nevada 89101
     Attorney for Plaintiff